```
Form 27 - GENERAL PURPOSE
                MAYERSON & ASSOCIATES
            ATTN:
US DISTRICT COURT      SOUTHERN/NY   COUNTY
-------------------------------------------------
                                                   Index No. 08 CV 02806
P.C. AND J.C., ON BEHALF OF D.C. AND    plaintiff
G.C.                                               Date Filed  ............
                - against -
                                                   Office No.
NEW YORK CITY DEPARTMENT OF            defendant
EDUCATION                                          Court Date:    / /
-------------------------------------------------
     STATE OF NEW YORK, COUNTY OF NEW YORK         :SS:
```

**JOEL GOLUB**     being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the
State of New York.
   That on the  **18th**  day of March, 2008     at   02:27 PM.,                       at
   %MICHAEL A. CARDOZO,ESQ./CITY OF NEW YORK LAW DEPT
   100 CHURCH ST. 4TH FL. NEW YORK, NY 10007
I served a true copy of the
   **SUMMONS AND COMPLAINT**
   **JUDGES RULES**

upon **NEW YORK CITY DEPARTMENT OF EDUCATION**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
   **TAMEKIA MENDES GAMMON,   CLERK AUTHORIZED TO ACCEPT SERVICE**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's
ability at the time and circumstances of the aforesaid service as follows:
       SEX: **FEMALE**        COLOR: **BLACK**        HAIR: **BLACK**
       APP. AGE: **27**       APP. HT: **5:6**        APP. WT: **125**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
18th  day of  March, 2008ni



SAMSON NEWMAN                              JOEL GOLUB   701893
Notary Public, State of New York           AETNA  CENTRAL  JUDICIAL   SERVICES
   No.01NE-4783767                         225 BROADWAY, SUITE 1802
Qualified in NEW YORK COUNTY               NEW YORK, NY, 10007
Commission Expires 11/03/2009              Reference No: 7MA7118051

JUDGE PRESKA

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

__SOUTHERN__ DISTRICT OF __NEW YORK__

P.C. and J.C., on behalf of D.C. and G.C.
Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 08 CV 02806

New York City Department of Education
Defendant

TO: (Name and address of defendant)

MICHAEL A. CARDOZO, ESQ.
CITY OF NEW YORK LAW DEPARTMENT
100 CHURCH STREET - 4TH FLOOR
NEW YORK - NY 10007

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christina D. Thivierge
Mayerson & Associates
330 West 38th Street, Suite 600
New York, New York  10580

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(BY) DEPUTY CLERK

DATE   MAR 17 2008