AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   NEW YORK

**APPEARANCE**

Case Number: 08 CV 2806

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiffs P.C. and J.C. on behalf of D.C. and G.C.

I certify that I am admitted to practice in this court.



| 5/2/2008 | |
|---|---|
| Date | Signature |

| Gary S. Mayerson | GSM 8413 |
|---|---|
| Print Name | Bar Number |

330 West 38th Street, Suite 600
Address

| New York | New York | 10018 |
|---|---|---|
| City | State | Zip Code |

| (212) 265-7200 | (212) 265-1735 |
|---|---|
| Phone Number | Fax Number |